```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    BRENDA M. PULLIN
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone:  (415) 977-8985
        Facsimile:  (415) 744-0134
 7      E-Mail: Brenda.Pullin@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JEFFRY A. BREMER,                )<br>                                               )<br>              Plaintiff,              )<br>                                               )<br>        v.                                  )<br>                                               )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of                     )<br>Social Security,                        )<br>                                               )<br>              Defendant.            )<br>_____) | CIVIL NO. 2:09-CV-02890-CMK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's motion. In addition, the current due date conflicts with defense counsel's scheduled annual leave and counsel will be out of the country for approximately three weeks. Defendant's motion is currently due on May 26, 2010. The new due date will be July 12, 2010, as the thirtieth day (July 10, 2010) falls on a Saturday. The Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: May 19, 2010 |   | /s/ *Daphne L. Macklin* |
|   |   | (As authorized via email) |
|   |   | DAPHNE L. MACKLIN |
|   |   | Attorney for Plaintiff |
| Dated: May 19, 2010 |   | BENJAMIN B. WAGNER |
|   |   | United States Attorney |
|   |   | /s/ *Brenda M. Pullin* |
|   |   | BRENDA M. PULLIN |
|   |   | Special Assistant U.S. Attorney |
|   |   | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 24, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE