| | |
|---|---|
| 1 | LEGAL SERVICES OF NORTHERN CALIFORNIA |
| | DAPHNE L. MACKLIN, SBN #117189 |
| 2 | W.H. WHITAKER, SBN #145560 |
| | 190 Reamer Street |
| 3 | Auburn, CA 95603 |
| | Telephone: (530) 823-7560 |
| 4 | Facsimile: (530) 823-7601 |
| 5 | Attorneys for Plaintiff, |
| | JEFFRY A. BREMER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFRY A. BREMER, | ) | CASE NO.  2:09-CV-2890-CMK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | EXTENSION OF TIME |
| vs. | ) | |
| | ) | |
| MICHAEL S. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have an extension of time of fourteen (14) days to respond to Defendant's Cross-Motion for Summary Judgment.  Due to an extensive case load, including previously scheduled hearings, counsel for Plaintiff needs additional time to respond to Defendant's brief.  The current due date is July 30, 2010.  The new due date will be August 13, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 21, 2010     BENJAMIN B. WAGNER
United States Attorney

/s/  *Brenda M. Pullin*
(As authorized via email)
BRENDA M. MULLIN
Special Assistant U.S. Attorney
Attorneys for Defendant

---

1
STIPULATION AND ORDER FOR EXTENSION

Respectfully submitted,

Dated: July 21, 2010

/ s / *Daphne L. Macklin*
_____
(As authorized via email)
DAPHNE L. MACKLIN
Attorney for Plaintiff

## **ORDER**

APPROVED AND SO ORDERED.

DATED: July 22, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2
STIPULATION AND ORDER FOR EXTENSION